No. 241. LIEBMANN BREWERIES, INC., *v.* SUPERIOR COURT OF CALIFORNIA IN AND FOR THE COUNTY OF LOS ANGELES ET AL. Petitioner's motion to strike portions of the record and respondents' brief denied. Petition for writ of certiorari to the District Court of Appeal of California, Second Appellate District, denied. *Leon M. Cooper* and *Walter H. Liebman* for petitioner. *Gordon E. Youngman* and *Glenn Warner* for respondents.

No. 251. ANDERSON, ADMINISTRATRIX, *v.* ATLANTIC COAST LINE RAILROAD CO. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Thomas A. Larkin* and *William Mizelle Howell* for petitioner. *Louis Kurz* and *Clark W. Toole, Jr.* for respondent.

No. 17, Misc. LAUGHLIN *v.* RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way,* Assistant Attorney General, for respondent.

No. 25, Misc. PEABODY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 36, Misc. JONES *v.* SUMMERFIELD, POSTMASTER GENERAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William J. Woolston* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Yeagley* and *Kevin T. Maroney* for respondents.